## (July 14, 1958)

■ Jay H. Ferrill, Jr., an Infant, by Minnie F. Ferrill, His Guardian ad Litem, Respondent, v. Board of Education of Central School District No. 1, of the Towns of Monroe, Woodbury, Blooming Grove, Chester and Tuxedo, Appellant, et al., Defendant.— Motion to resettle the order of this court dated and entered May 5, 1958, which order reversed a judgment in favor of respondent against appellant and granted a new trial, so as to recite in said order either of the statements set forth in section 604 of the Civil Practice Act.

Motion denied, without costs. The order incorporates by reference (Civ. Prac. Act, § 607) the decision slip handed down May 5, 1958. The decision slip recites: "Under the circumstances, a new trial is required in the interest of justice." Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.